UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE M. COHEN,<br><br>     Plaintiff,<br><br>v.<br><br>GROUP HEALTH INCORPORATED,<br><br>     Defendant. | Misc. Action No.: 1:22-mc-200<br><br>**NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA TO DEPOSE LITIGATION COUNSEL**<br><br>**Underlying Litigation**:<br><br>*Plavin et al. v. Group Health Incorporated,* No. 3:17-cv-1462-RDM (M.D. Pa.) |

Please take notice that, pursuant to Federal Rule of Civil Procedure 45(d)(3), attorney Steve M. Cohen ("Cohen") hereby moves the Court to issue an order quashing the subpoena issued to him by Group Health Incorporated ("GHI").

Cohen is co-counsel of record for the plaintiffs in *Plavin v. Group Health Inc.*, No. 3:17-cv-01462-RDM (M.D. Pa.), a putative class action pending in another federal district court. Cohen moves to quash the subpoena under Rule 45(d)(3)(iii) (subpoena that "requires disclosure of privileged or other protected matter") as well as under Rule 45(d)(3)(iv) (subpoena that "subjects a person to undue burden"). Cohen's motion is based upon this Notice of Motion and Motion, the Memorandum of Law in Support of Motion to Quash Subpoena to Depose Litigation Counsel, the Declaration of Attorney Steve M. Cohen and the exhibits attached thereto, and such evidence and argument as may be requested or permitted by the Court on this motion.

A proposed order granting the motion to quash is also included with this filing.

Dated: July 27, 2022

                                            Respectfully submitted,

                                            */s/ Steve M. Cohen*
                                            Steve M. Cohen
                                            Pollock Cohen LLP
                                            111 Broadway
                                            Suite 1804
                                            New York, NY 10006
                                            Tel.: (212) 337-5261
                                            scohen@pollackcohen.com