UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE M. COHEN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GROUP HEALTH INCORPORATED,<br><br>　　　　　　　Defendant. | Misc. Action No.: 1:22-mc-00200-GHW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA TO DEPOSE LITIGATION COUNSEL**<br><br>**Underlying Litigation**:<br><br>*Plavin et al. v. Group Health Incorporated,* No. 3:17-cv-1462-RDM (M.D. Pa.) |

On this ____ day of _____ 2022, the Court considered Plaintiff Steve M. Cohen's Motion to Quash Subpoena to Depose Litigation Counsel. Having considered the Motion, the filings submitted in support of the motion, and the filings submitted in opposition to the Motion,

**IT IS HEREBY ORDERED THAT**:

The Motion is GRANTED in full and the subpoena issued to Mr. Cohen on July 18, 2022 is QUASHED in its entirety.

Dated: _____, 2022
　　　　　New York, New York

　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　_____
　　　　　　　　　　　　United States District Judge

1