```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEVE M. COHEN,

                      Plaintiff,

        -v-

GROUP HEALTH INCORPORATED,

                     Defendant.
-------------------------------------------------------------X

1:22-mc-200-GHW

ORDER REFERRING CASE TO
MAGISTRATE JUDGE

The above entitled action is referred to a United States magistrate judge for the following purpose:

\_\_ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Specific non-dispositive motion/dispute:

Motion to Quash Subpoena to Depose Litigation Counsel

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_ Settlement

\_\_ Inquest after default/damages hearing

\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

\_\_ Habeas corpus

\_\_ Social Security

\_\_ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____
_____

All such motions: _____

SO ORDERED.

Dated: July 29, 2022
       New York, New York

                                                _____
                                                GREGORY H. WOODS
                                              United States District Judge