

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

August 9, 2022

**BY ECF**

The Honorable Katharine H. Parker, U.S.M.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, NY 10007

**Cohen v. Group Health Incorporated, Case No. 1:22-mc-00200-GHW-KHP:**

**Letter Motion for Extension of Time to Oppose Motion to Quash on Consent**

Dear Judge Parker:

This firm represents Respondent Group Health Incorporated ("GHI" or "Respondent") in the above-referenced action. With consent from Petitioner Steven M. Cohen, Respondent GHI respectfully submits a first request for an extension of time to oppose Petitioner's Motion to Quash (ECF No. 1). Pursuant to Rule I(c) of Your Honor's Individual Practices, Respondent states the following:

1. The original date to oppose the motion is August 11, 2022.
2. This is Respondent's first request for an extension.
3. Petitioner filed this miscellaneous proceeding on July 27, 2022, and asked undersigned counsel to accept service by email. Undersigned counsel agreed on July 28, 2022 to accept service by email, and Petitioner agreed that, given August vacation schedules, GHI may file its opposition to the motion on or before August 17, 2022.

In light of the foregoing, GHI respectfully requests that the Court extend its time to oppose the Motion to Quash up to and including August 17, 2022

****

The Hon. Katharine H. Parker, U.S.M.J.　　　2　　　　　　　　　　　　　　August 9, 2022

We thank the Court for its consideration.

                                                Respectfully submitted,

                                                __/s/_ *Jared I. Kagan*___
                                                Jared I. Kagan
                                                DEBEVOISE & PLIMPTON LLP
                                                919 3rd Avenue
                                                New York, New York, 10022
                                                Phone:  (212) 909-6000
                                                jikagan@debevoise.com

                                                *Counsel to Respondent Group Health Incorporated*

cc (by ECF):　　　　All Counsel of Record