USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 8/10/2022

Debevoise & Plimpton LLP  
919 Third Avenue  
New York, NY 10022  
+1 212 909 6000

**APPLICATION GRANTED**

*Hon. Katharine H. Parker, U.S.M.J.*  8/10/2022

August 9, 2022

**BY ECF**

The Honorable Katharine H. Parker, U.S.M.J.  
United States District Court for the Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Room 750  
New York, NY 10007

**Cohen v. Group Health Incorporated, Case No. 1:22-mc-00200-GHW-KHP:**

**Letter Motion for Extension of Time to Oppose Motion to Quash on Consent**

Dear Judge Parker:

This firm represents Respondent Group Health Incorporated ("GHI" or "Respondent") in the above-referenced action. With consent from Petitioner Steven M. Cohen, Respondent GHI respectfully submits a first request for an extension of time to oppose Petitioner's Motion to Quash (ECF No. 1). Pursuant to Rule I(c) of Your Honor's Individual Practices, Respondent states the following:

1. The original date to oppose the motion is August 11, 2022.
2. This is Respondent's first request for an extension.
3. Petitioner filed this miscellaneous proceeding on July 27, 2022, and asked undersigned counsel to accept service by email. Undersigned counsel agreed on July 28, 2022 to accept service by email, and Petitioner agreed that, given August vacation schedules, GHI may file its opposition to the motion on or before August 17, 2022.

In light of the foregoing, GHI respectfully requests that the Court extend its time to oppose the Motion to Quash up to and including August 17, 2022

\*\*\*\*

www.debevoise.com

The Hon. Katharine H. Parker, U.S.M.J.      2      August 9, 2022

We thank the Court for its consideration.

                               Respectfully submitted,

                               __/s/ *Jared I. Kagan*___
                               Jared I. Kagan
                               DEBEVOISE & PLIMPTON LLP
                               919 3rd Avenue
                               New York, New York, 10022
                               Phone:  (212) 909-6000
                               jikagan@debevoise.com

                               *Counsel to Respondent Group Health Incorporated*

cc (by ECF):         All Counsel of Record