# Kagan Decl. Ex. 1

| Log No. | ParentDate | From | DocAuthor | To | CC | EmailSubject | FileName | PrivLog DocType | PrivLog Phrase | |
|---|---|---|---|---|---|---|---|---|---|---|
| 148 | 9/22/2019 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Adam Woezinski <wod14@aol.com> | | NYS vs GHI | Adam Wodzinski.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 149 | 1/13/2019 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Alexis Watson <cwatson3500@yahoo.com> | | GHI Retired out of state officer | Alexis Watson.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 150 | 2/4/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Alice Hamlet<foxyred7772002@yahoo.com> | | GHI | Alice Hamlet.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 151 | 6/4/2018 | Andrew Liakos<drew.liakos@gmail.com> | Andrew Liakos<drew.liakos@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Having an issue with GHI | Andrew Liakos.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 152 | 2/27/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Ann Zaino <heymarge40@gmail.com> | | Regarding assurance of discontinuance | Ann Zaino.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 153 | 6/19/2017 | Anthony Karam <anthonykaram@rocketmail.com> | Anthony Karam<anthonykaram@rocketmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit- next steps | Anthony Karam 6-19.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 154 | 5/31/2017 | Anthony Karam <anthonykaram@rocketmail.com> | Anthony Karam<anthonykaram@rocketmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action | Anthony Karam.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 155 | 5/30/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Arnold Fisher <arnoldfisher@hotmail.com> | | GHI | Arnie.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 156 | 1/12/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Audrey Stillman <murphytigger5@aol.com> | | GHI out of State | Audrey Stillman.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 157 | 6/30/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Bart Mangiapanella <nydolfan7502@gmail.com> | | GHI Lawsuit | Bart Mangiapanella.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 158 | 6/12/2017 | Billy Batz <wbastone@aol.com> | Billy Batz <wbastone@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit- next steps | Bill Batz.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 159 | 6/2/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | melanie carlson <wmcarlson98@gmail.com> | | (no subject) | Bill Carlson.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 160 | 2/13/2018 | bob cohen <nehoc90@concentric.net> | bob cohen<nehoc90@concentric.net> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI out of network question | Bob Cohen.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 161 | 5/31/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | NYPD"NYPD 1013" Young <nypd1013raleigh@email.com> | | Class action lawsuit | Bob Young.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 162 | 6/15/2018 | Bgunny<bgunny@twc.com> | Bgunny<bgunny@twc.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Harvey Katowitz <hkatowitz@windstream.net> | GHI Issue | Brian Gennis.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 163 | 1/19/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Candido Rodriguez <nycdtsgt@aol.com> | | GHI out of state (Florida) | Candido Rodriguez.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 164 | 2/28/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Carrie Clinton <clinton.carrie@yahoo.com> | | Denied IN-Network Provider | Carrie Clinto.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 165 | 1/19/2018 | charles <chashav@yahoo.com> | charles<chashav@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Charles Haver.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 166 | 5/18/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | charles rice <lncrice@yahoo.com> | | Fw: City of New York Auto Acknowledgment Correspondence # 1-1-1564264308 | Charles Rice.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 167 | 1/19/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | chris green <cg274@yahoo.com> | | GHI | Chris Green.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 168 | 1/12/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Christopher Lundberg <teshiachris@earthlink.net> | | FW: MORE ON THE GHI LAWSUIT BY RETIREES LIVING OUTSIDE NEW YORK | Chris Lundberg.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 169 | 2/8/2018 | Christa Mazzie<christa.cbd@gmail.com> | Christa Mazzie<christa.cbd@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | rcna Mazzie <rcna@comporium.net> | GHI | Christa Mazzie.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 170 | 4/3/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Christine Schiavone <cvone832@gmail.com> | | FDNY- GHI | Christine Schiavone.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 171 | 5/16/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | C. Jankowski<cjankowski84@mac.com> | | GHI out of state lawsuit | Chuck Jankowski.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 172 | 4/20/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Philip Karasyk <pkarasyk@kmattorneys.com> | | Class action follow-up | Class action follow-up.eml | Email | Reflecting legal advice | Attorney Client; Work Product |
| 173 | 3/5/2018 | C Bibbs<bb19609@yahoo.com> | C Bibbs<bb19609@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | No Doctors | Crystal Screen.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 174 | 4/5/2018 | franchescaluna@aol.com | franchescaluna@aol.com | Steve Cohen <steve.cohen@stevecohenesq.com> | | Dana Garofalo (GHI Help out of State) | Dana Garofalo.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 175 | 1/22/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Denise <mclcdc77@gmail.com> | | GHI | Denise Chimienti.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 176 | 4/12/2018 | rmnhc@yahoo.com <rmnhc@yahoo.com> | rmnhc@yahoo.com <rmnhc@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Retired Lt. Squad 18 issue | Ed Cancro.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 177 | 1/13/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Ellen <mrsmarlin@gmail.com> | | GHI Lawsuit | Ellen donovan.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 178 | 1/23/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | E J <wandafish78@hotmail.com> | | GHI Member | Encarnacion Castro.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 179 | 5/27/2017 | emferb@yahoo.com | emferb@yahoo.com | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action | Eric Ferber.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 180 | 5/23/2019 | Eric Golub<gtf2859@aol.com> | Eric Golub<gtf2859@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Recent interaction with GHI and Florida doctors dropping out | Eric Golub May 2019.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 181 | 1/17/2018 | Eric Golub<gtf2859@aol.com> | Eric Golub<gtf2859@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Request for info on GHI lawsuit- NYC retirees | Eric Golub.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 182 | 6/5/2017 | ButchFoley <butchrescue4444@aol.com> | ButchFoley <butchrescue4444@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Fwd: GHI lawsuit – follow-up – Out-of-network doctors or ER visits | Foley -2.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 183 | 1/11/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Francisco Velez <f848@aol.com> | | Please Keep Me Informed of Lawsuit By N.Y. AG against GHI | Francisco Velez.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 184 | 1/12/2018 | Frank & Karen<dfam5@carolina.rr.com> | Frank & Karen<dfam5@carolina.rr.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Important Information | Frank demasi.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 185 | 9/27/2019 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Penny, Gary <gpenny@fmrealty.com> | | GHI Help | Garry Penny.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 186 | 4/4/2018 | gary Poggiali <gjpoggiali@gmail.com> | gary Poggiali <gjpoggiali@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit | Gary Poggiali - April 2018.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 187 | 1/25/2018 | gary Poggiali <gjpoggiali@gmail.com> | gary Poggiali <gjpoggiali@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Retired NYPD in Tennessee | Gary Poggiali.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 188 | 4/30/2018 | George McC<georgemccarthy3@yahoo.com> | George McC<georgemccarthy3@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | George McCarthy.pdf | Email | Seeking legal advice | Attorney Client; Work Product |

| # | Date | From | To | CC | BCC | Subject | Attachment | Type | Privilege Reason | Privilege |
|---|------|------|----|----|-----|---------|------------|------|------------------|-----------|
| 189 | 1/11/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Gerald Gajdusek <jgajdusek@ymail.com> | | GHI | Gerald Gajdusek .pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 190 | 6/2/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Gladys Scott <gscott727@aol.com> | | GHI Law Suit | Gladys scott.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 191 | 1/11/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | gumby .<gumby7_@hotmail.com> | | GHI | Gumby.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 192 | 6/16/2017 | hkatowitz<hkatowitz@windstream.net> | hkatowitz<hkatowitz@windstream.net> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Letter to Pres. EmblemHealth/GHI Inc | Harvey Katowitz 6-16.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 193 | 2/3/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | hkatowitz<hkatowitz@windstream.net> | | GHI Important Development | Harvey Katowitz Feb 3, 2018.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 194 | 6/1/2017 | hkatowitz<hkatowitz@windstream.net> | hkatowitz<hkatowitz@windstream.net> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Lawsuit | Harvey Katowitz.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 195 | 3/19/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Ian Nadel <iannnadel@gmail.com> | | GHI Lawsuit | Ian Nadel.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 196 | 5/28/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Irishnypd@aol.com | Alan Mail <berky4@aol.com> | Updated Info Possible GHI Class Action Lawsuit | Jack Coughlin & Alan Berkowitz.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 197 | 5/28/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Irishnypd@aol.com | Alan Mail <berky4@aol.com> | NYPD/FDNY Retirees Health Insurance Rip-off | Jack Coughlin 5-26.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 198 | 5/27/2017 | Irishnypd@aol.com | Irishnypd@aol.com | Steve Cohen <steve.cohen@stevecohenesq.com> | Alan Mail <berky4@aol.com> | Rip-off of NYPD/FDNY Health Insurance Plan HIP | Jack Coughlin.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 199 | 6/5/2017 | John Houston<nypd70dt91@outlook.com> | John Houston<nypd70dt91@outlook.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit – follow-up – Out-of-network doctors or ER visits | Jack Houston 6-4.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 200 | 2/6/2018 | Jack Houston<n.e.fl.1013club@gmail.com> | Jack Houston<n.e.fl.1013club@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Fwd: FW: GHI IMPORTANT INFORMATION | Jack Houston Feb 6, 2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 201 | 6/3/2017 | John Houston<nypd70dt91@outlook.com> | John Houston<nypd70dt91@outlook.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Class Action GHI Lawsuit | Jack Houston.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 202 | 3/6/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | immy Cuesta <jimmycuesta@hotmail.com> | Justine Cuesta <justine124@gmail.com>, "Jamesecuesta@gmail.com" <Jamesecuesta@gmail.com> | GHI Resident in NC | James Cuesta.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 203 | 1/25/2018 | Justine Cuesta <justine124@gmail.com>, "Jamesecuesta@gmail.com" <Jamesecuesta@gmail.com> | Justine Cuesta <justine124@gmail.com>, "Jamesecuesta@gmail.com" <Jamesecuesta@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Assurance 14-181 (Florida GulfCoast Fire Retirees) | James Rallis.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 204 | 6/28/2017 | J Valentin<jvalen3070@aol.com> | J Valentin<jvalen3070@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Fwd: GHI Class Action Suit re: Out-of State | Jamie Valentin 6-28.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 205 | 6/10/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | J Valentin<jvalen3070@aol.com> | | GHI lawsuit- next steps | Jamie Valentin.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 206 | 6/10/2017 | Jeff<psa3price@yahoo.com> | Jeff<psa3price@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit- next steps | Jeff Price 6-10.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 207 | 6/1/2017 | Jeff<psa3price@yahoo.com> | Jeff<psa3price@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Out of NYS GHI Patient who was Inadequately Reimbursed | Jeff Price.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 208 | 5/30/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | jazzy5315@gmail.com | | GHI | Jeffrey.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 209 | 1/23/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Jen <jennifersteo@aol.com> | | GHI Settlmeent NYPD | Jen Steo.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 210 | 6/1/2017 | Jerry Castro<jhcastro94@yahoo.com | Jerry Castro<jhcastro94@yahoo.com | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Lawsuit | Jerry Castro.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 211 | 6/12/2017 | Jerry Castro<jhcastro94@yahoo.com | Jerry Castro<jhcastro94@yahoo.com | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit- next steps | Jerry Catro 6-12.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 212 | 5/26/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Jerry Lipson <papa5x2004@yahoo.com> | | GHI | Jerry Lipson 5-26.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 213 | 5/30/2017 | Jerry Lipson <papa5x2004@yahoo.com> | Jerry Lipson <papa5x2004@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action | Jerry Lipson.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 214 | 6/12/2017 | Jim Kennedy<jimkennedy@unioncountync.gov> | Jim Kennedy<jimkennedy@unioncountync.gov> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Jim Kennedy.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 215 | 1/15/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | James Kirwin <jimbob1903@aol.com> | | GHI | Jim Kirwin.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 216 | 5/2/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | palmer93@aol.com | | GHI/Emblem Health Case? | Jim McNulty.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 217 | 8/6/2017 | Jim Miller<jmiller245@gmail.com> | Jim Miller<jmiller245@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI/Emblem Health Letters | Jim Miller.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 218 | 6/17/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | James Rallis <rock156@aol.com> | | From Jim Rallis - Letter of assurance GHI | Jim Rallis June 17, 2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 219 | 5/7/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | James Rallis <rock156@aol.com> | | From Jim Rallis - FDNY UFOA retiree | Jim Rallis May 7, 2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 220 | 3/20/2018 | Jimmy Sabater Jr.<jsabater62@yahoo.com> | Jimmy Sabater Jr.<jsabater62@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Class action lawsuit | Jimmy sabater.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 221 | 1/23/2018 | Jo-Ann Francis<jfnuqueen7226@gmail.com> | Jo-Ann Francis<jfnuqueen7226@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | My name is JoAnn Francis I live in Florida and went to a doctor that actually told thatthey was in my network long story short had a bill for8.000 dollars end up settlingfor 3.000 dollars my home number is (352)293-4859 | Jo-Ann Francis.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 222 | 2/7/2018 | JOSEPH BROUSSEAU<joeapd771@msn.com> | JOSEPH BROUSSEAU<joeapd771@msn.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action | Joe Brousseau.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 223 | 6/5/2017 | Joe Delfino <jdelfino16@yahoo.com> | Joe Delfino <jdelfino16@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit – follow-up – Out-of-network doctors or ER visits | Joe Delfino re EOBs.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 224 | 5/26/2017 | Joe Delfino <jdelfino16@yahoo.com> | Joe Delfino <jdelfino16@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action | Joe Delfino.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |

| # | Date | From | To | CC | BCC | Subject | Attachment | Type | Privilege Basis | Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 225 | 1/30/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Joe Green <popapoulie@yahoo.com> | | out of state GHI ins | Joe Green.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 226 | 2/4/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Savino, Joseph" <SavinoJ@bouldercolorado.gov> | | GHI Problems | Joe Savino.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 227 | 1/17/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Joe Vincent <public@joevincent.com> | | GHI in Florida | Joe Vincent.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 228 | 10/11/2019 | Angela Gaine<jamd44@comcast.net> | Angela Gaine<jamd44@comcast.net> | Steve Cohen <steve.cohen@stevecohenesq.com> | | 2014 NY Attorney General "Assurance of Discontinuance" (settlement) with GH | John Gaine.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 229 | 6/28/2017 | John Houston<nypd70dt91@outlook.com> | John Houston<nypd70dt91@outlook.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit – follow-up – Out-of-network doctors or ER visits | John Houston re EOB.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 230 | 8/12/2019 | JOHN MEYER<nev7248@aol.com> | JOHN MEYER<nev7248@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Health Insurance | John Meyer.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 231 | 1/24/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | John <jdsm4024@aol.com> | | (no subject) | John Nash- 1-24 .pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 232 | 2/21/2018 | John <jdsm4024@aol.com> | John <jdsm4024@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | (no subject) | John Nash- Feb 2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 233 | 1/19/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | John <jdsm4024@aol.com> | | Assurance of Discontinurance | John Nash.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 234 | 1/10/2018 | Bathgatepapi@aol.com<bathgatepapi@aol.com> | Bathgatepapi@aol.com<bathgatepapi@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | John Perez.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 235 | 1/11/2018 | John Schulken<johnschulken@comcast.net> | John Schulken<johnschulken@comcast.net> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | John Schulken.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 236 | 5/28/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | JOHN ski <aquaski8@yahoo.com> | | GHI Lawsuit | John Sochacki.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 237 | 1/28/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | John Schulken<johnschulken@comcast.net> | | Update on GHI | Joihn Schulken 1-28-2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 238 | 12/18/2019 | Jonas<uboat636@aol.com> | Jonas<uboat636@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Lawsuit | Jonas Frankel.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 239 | 1/25/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Karen <kpnegotiate@aol.com> | | GHI | Karen Piper.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 240 | 1/23/2018 | Karyn Smith<karynsny@aol.com> | Karyn Smith<karynsny@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Karyn smith.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 241 | 1/23/2018 | Donadio, Kathleen<Kathleen.Donadio@atlanticare.org> | Donadio, Kathleen<Kathleen.Donadio@atlanticare.org> | Steve Cohen <steve.cohen@stevecohenesq.com> | | No successs with GHI | Kathleen Donadio.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 242 | 1/28/2018 | kathleen keohane<katw5kittens@gmail.com> | kathleen keohane<katw5kittens@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Kathleen Keohane.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 243 | 6/2/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Bluetaur@aol.com | | GHI lawsuit | Keith.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 244 | 5/16/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Kelly <korourke32@twc.com> | | Emblem Health GHI | Kelly O'rourke.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 245 | 5/26/2017 | kendrayton@tampabay.rr.com<kendrayton@tampabay.rr.com> | kendrayton@tampabay.rr.com<kendrayton@tampabay.rr.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action | Ken Drayton.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 246 | 1/12/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Kenknight7 <kenknight7@aol.com> | | Question about GHI Email | Ken Shaffer.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 247 | 5/7/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | kjl4659@aol.com | | GHI rejection | Kevin Lange.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 248 | 1/10/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Kevin <camelotdk@yahoo.com> | | Fwd: GHI IMPORTANT INFORMATION | Kevin Serpico.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 249 | 9/23/2019 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Baseball game gramarossa <kimgramarossa@gmail.com> | Frank Gramarossa <fgramarossa@gmail.com> | 2014 NY Attorney General "Assurance of Discontinuance" | Kim Gramarossa.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 250 | 6/10/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Laurie Golden<lauriegolden63@gmail.com> | | GHI lawsuit- next steps | Lauir Golden - 6-10.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 251 | 1/23/2018 | Laurie Golden<lauriegolden63@gmail.com> | Laurie Golden<lauriegolden63@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Laurie Golden 1-23-2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 252 | 6/4/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Laurie Golden<lauriegolden63@gmail.com> | | GHI lawsuit – follow-up – Out-of-network doctors or ER visits | Laurie Golden EOB explanation.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 253 | 7/24/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Laurie Golden<lauriegolden63@gmail.com> | | Laurie Golden/Surprise Bill/GHI | Laurie Golden re Surprise Bills.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 254 | 6/4/2017 | Laurie Golden<lauriegolden63@gmail.com> | Laurie Golden<lauriegolden63@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit – follow-up – Out-of-network doctors or ER visits | Laurie Golden w EOBs.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 255 | 5/28/2017 | Laurie Golden<lauriegolden63@gmail.com> | Laurie Golden<lauriegolden63@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action | Laurie Golden.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 256 | 1/13/2018 | detles<detles@comcast.net> | detles<detles@comcast.net> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Les Morgenstein.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 257 | 4/3/2018 | Linda Trocchio<linda610@me.com> | Linda Trocchio<linda610@me.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Fwd: Your City of New York - Correspondence #1-1-1539724693 Message to AgencyHead, OLR - Health Insurance Benefits | Linda Trocchio.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 258 | 1/15/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Linda Trocchio<linda610@me.com> | | Class Action Lawsuit GHI | Lindas Trocchio.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 259 | 2/7/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Lisa J <amitarconsulting@gmail.com> | | Attorney General's "Assurance of Discontinuance - #14-181" | Lisa Jawaani.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 260 | 1/11/2018 | lisa Kissane<tmkkiss@hotmail.com> | lisa Kissane<tmkkiss@hotmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Lisa Kissane.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 261 | 2/6/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Liz Aylward <eaylward@yahoo.com> | | GHI New Developments | Liz Aylward.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 262 | 6/2/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Lois Dziedzic <loey151@bellsouth.net> | | GHI Complaint | Lois Dziedzic.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |

| # | Date | From | | To | CC | Subject | Attachment | Type | Notes | Privilege |
|---|------|------|---|-----|-----|---------|------------|------|-------|-----------|
| 263 | 4/4/2018 | Loretta Smith<johnlor29@yahoo.com> | Loretta Smith<johnlor29@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Complaint | Loretta smith.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 264 | 1/23/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Lori Doherty <lorismail@hotmail.com> | | GHI | Lori Doherty.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 265 | 1/18/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Louis Devirgilio <louis.devirgilio@ebrda.org> | | Retired NYPD & GHI | Louis Devirgilio.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 266 | 2/26/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Louis Lombardi <luigi13@aol.com> | | Emblem Health GHI | Louis Lombardi.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 267 | 4/30/2020 | Madeline Salerno<madeline.salerno64@gmail.com> | Madeline Salerno<madeline.salerno64@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | connie.a.timmons@gmail.com | Fwd: GHI IMOORTANT DEVELOPMENT | Madeleine Salerno.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 268 | 6/1/2020 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | mark gianinni <mag470@yahoo.com> | | GHI | Mark Gianini.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 269 | 2/16/2018 | Max <mcasalbore@gmail.com> | Max <mcasalbore@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Retired NYC Police Office Spouse | Maxine Casabore.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 270 | 6/7/2017 | Mel Ladner<mhl27@aol.com> | Mel Ladner<mhl27@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Lawsuit | Mel Ladner.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 271 | 1/24/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | birth93@gmail.com | | GHI | Michael everette.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 272 | 6/8/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Michael Fanning <hntsgt@yahoo.com> | | Fw: GHI lawsuit – follow-up – Out-of-network doctors or ER visits | Michael Fanning.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 273 | 1/13/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Michael Grant <mggrant08@gmail.com> | | Attorney General's "Assurance of Discontinuance - #14-181" | Michael Grant - 2.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 274 | 1/13/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Michael Grant <mggrant08@gmail.com> | | Attorney General's "Assurance of Discontinuance - #14-181" | Michael Grant.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 275 | 6/1/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | mkelly@utopiahomecare.com | | GHI Lawsuit | Michael Kelly.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 276 | 5/1/2018 | michael LaRue<laruefam4@gmail.com> | michael LaRue<laruefam4@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Fwd: [SR#:1-933487964] From Florida Attorney General Pam Bondi | Michael Laru- May 1, 2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 277 | 1/19/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | michael LaRue <laruefam4@gmail.com> | | GHI 14-181 | Michael Larue - 119.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 278 | 1/13/2018 | michael LaRue<laruefam4@gmail.com> | michael LaRue<laruefam4@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Questions regarding GHI settlement | Michael Larue.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 279 | 6/1/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Pearl Transportation <pearlimo@aol.com> | | GHI Lawsuit | Michael Panzera.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 280 | 9/6/2019 | Michael Patterson<jetsnumber1@yahoo.com> | Michael Patterson<jetsnumber1@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI soar post | Michael Patterson.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 281 | 1/12/2018 | Michael<sonsx7@aol.com> | Michael<sonsx7@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Michael Sweeney.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 282 | 5/30/2017 | LIDOKY@aol.com<LIDOKY@aol.com | LIDOKY@aol.com<LIDOKY@aol.com | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Michele Stromer.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 283 | 5/26/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | mnc4380@yahoo.com | | Class Action | Mike Cohn 5-26.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 284 | 5/28/2017 | Mike Cohn<mnc4380@yahoo.com> | Mike Cohn<mnc4380@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action | Mike Cohn 5-28.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 285 | 7/25/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Mike Cohn <mnc4380@yahoo.com> | HJosephs@susmangodfrey.com | | Mike Cohn 7-25.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 286 | 7/26/2017 | Mike Cohn<mnc4380@yahoo.com> | Mike Cohn<mnc4380@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Lawsuit | Mike Cohn 7-26 response.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 287 | 6/10/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Mike Cohn <mnc4380@yahoo.com> | | GHI lawsuit- next steps | Mike Cohn. 6-10.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 288 | 5/28/2017 | Mike Cohn<mnc4380@yahoo.com> | Mike Cohn<mnc4380@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action | Mike Cohn.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 289 | 6/7/2020 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Mike C <mike.conover041@gmail.com> | | Emblem Health GHI | Mike Conover june 2020.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 290 | 7/6/2018 | mhealy1@sc.rr.com<mhealy1@sc.rr.com> | mhealy1@sc.rr.com<mhealy1@sc.rr.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Response Letter | Mike Healty July 2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 291 | 3/26/2018 | mhealy1@sc.rr.com<mhealy1@sc.rr.com> | mhealy1@sc.rr.com<mhealy1@sc.rr.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | NYC Retirees GHI out of area coverage | Mike Healy.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 292 | 1/28/2018 | Mike Sanders<msanders740@gmail.com> | Mike Sanders<msanders740@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Class Action Lawsuit | Mike Sanders.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 293 | 6/6/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | nedra lombardo <neddybear2@gmail.com> | | GHI Phone Call | Nedra - 2.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 294 | 7/25/2017 | nedra lombardo <neddybear2@gmail.com> | nedra lombardo <neddybear2@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Lawsuit | Nedra 7-25 response.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 295 | 6/10/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | nedra lombardo <neddybear2@gmail.com> | | GHI lawsuit- next steps | Nedra Lombardo - 6-10.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 296 | 7/25/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | nedra lombardo <neddybear2@gmail.com> | HJosephs@susmangodfrey.com | GHI Lawsuit | Nedra Lombardo July 25.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 297 | 2/5/2018 | nedra lombardo <neddybear2@gmail.com> | nedra lombardo <neddybear2@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI/SBA Members | Nedra Lombardo- Feb 5, 2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 298 | 6/5/2017 | nedra lombardo <neddybear2@gmail.com> | nedra lombardo <neddybear2@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Lawsuit | Nedra Ray-Lombardo.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 299 | 6/9/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Nick <np26907@aol.com> | | Raleigh GHI | Nick Pilouras -2.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 300 | 6/2/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Nick <np26907@aol.com> | | GHI | Nick Pilouras.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 301 | 10/2/2019 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Pete Badagliacca <pvbadagl@hotmail.com> | | GHI | Pete Badagliacca .pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |

| # | Date | From | CC | To | BCC | Subject | Filename | Type | Privilege basis | Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 302 | 1/18/2018 | peter Billitteri<peterbillitteri489@gmail.com> | peter Billitteri<peterbillitteri489@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action Lawsuit | Peter Billiteri.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 303 | 6/2/2017 | Peter Gonzalez<gonzonypd@gmail.com> | Peter Gonzalez<gonzonypd@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Lawsuit | Peter Gonzalez.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 304 | 1/23/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Peter Gonzalez<gonzonypd@gmail.com> | | (no subject) | Peter Gonzalez.pdf- 1-23-2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 305 | 1/27/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | RAMONA MEDRANO <ramonamomo59@aol.com> | | Ramona Medrano Class Action Lawsuit | Ramona Medrano.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 306 | 1/10/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI- Important Development | Responses to 1-10 update email.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 307 | 6/4/2017 | Richie B<rlbohn66@gmail.com> | Richie B<rlbohn66@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Rich Bohn.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 308 | 6/11/2017 | Richie B<rlbohn66@gmail.com> | Richie B<rlbohn66@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit- next steps | Richie Bohn 6-10.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 309 | 6/5/2017 | Richie B<rlbohn66@gmail.com> | Richie B<rlbohn66@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit – follow-up – Out-of-network doctors or ER visits | Richie Bohn re EOB.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 310 | 7/25/2017 | Richie B<rlbohn66@gmail.com> | Richie B<rlbohn66@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Lawsuit | Richie Bohn response 7-25.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 311 | 7/25/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Richie B<rlbohn66@gmail.com> | HJosephs@susmangodfrey.com | GHI Lawsuit | Ricj=hie Bohn 7-25.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 312 | 4/3/2018 | Robert Albertson<bikerfuzz@verizon.net> | Robert Albertson<bikerfuzz@verizon.net> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Robert Albertson April 2, 2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 313 | 1/10/2018 | Robert Albertson<bikerfuzz@verizon.net> | Robert Albertson<bikerfuzz@verizon.net> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Robert Albertson.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 314 | 5/14/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | aconlin16@verizon.net | | Family needs assistance with GHI | Robert Conlin.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 315 | 9/2/2020 | Robert D<pvandriver@yahoo.com> | Robert D<pvandriver@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | emblem health ghi question | Robert Dreesler.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 316 | 6/4/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | ButchFoley <butchrescue4444@aol.com> | | GHI Class Action | Robert Foley.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 317 | 5/8/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Robert Hart <rhart071@gmail.com> | | Out of Network GHI | Robert Hart.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 318 | 1/11/2018 | Robert Maresco<rlmaresco3200@gmail.com> | Robert Maresco<rlmaresco3200@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | CHI out of Network | Robert Maresco.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 319 | 2/13/2018 | Robert Young<ranyoungdr@hotmail.com> | Robert Young<ranyoungdr@hotmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action | Robert Young.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 320 | 5/30/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Wendy F <ronfuchsberg@aol.com> | | GHI Class Action | Ron and Wendy.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 321 | 1/24/2018 | Ms.Wright<rserene27@aol.com> | Ms.Wright<rserene27@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Lawsuit GHI | Rose Wright.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 322 | 6/12/2017 | Russell Meinken<rmeinken@nc.rr.com> | Russell Meinken<rmeinken@nc.rr.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit- next steps | Russ Meinken.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 323 | 9/11/2019 | stu1287@yahoo.com<stu1287@yahoo.com> | stu1287@yahoo.com<stu1287@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Emblem GHI | Scott Johnson.pdf | Email | Providing info/facilitate provision of legal advice | Attorney Client; Work Product |
| 324 | 1/20/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Sean C <houndog_10@yahoo.com> | | GHI Provide/FB Post | Sean Conlon.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 325 | 1/27/2018 | Seldine Kamara<seldinekamara@gmail.com> | Seldine Kamara<seldinekamara@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI clase action | Seldine Kamara.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 326 | 6/12/2017 | Sil Rocchio<srockeyo@aol.com> | Sil Rocchio<srockeyo@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action Lawsuit | Sil Rocchio.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 327 | 5/26/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | mnc4380@yahoo.com | | class action | Steve Cohen, Esq. Mail - class action.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 328 | 5/26/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | stephenj1962@yahoo.com | | GHI Class Action | Steve Cohen, Esq. Mail - GHI Class Action.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 329 | 5/26/2017 | Alan Mail<berky4@aol.com> | Alan Mail<berky4@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Class Action | Steve Cohen, Esq. Mail - GHI Class Action.pdf-2.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 330 | 5/26/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Jerry Lipson <papa5x2004@yahoo.com> | | GHI | Steve Cohen, Esq. Mail - GHI.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 331 | 2/8/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Update | Steve Feb 8, 2018 email update and responses.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 332 | 6/4/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Halloran <dadgramps@yahoo.com> | | GHI | Steve Halloran.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 333 | 5/12/2019 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | STEVEN OBRIEN <slob89@msn.com> | | Florida/NJ | Steve O'Brien.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 334 | 5/28/2018 | steve P<sddnm@yahoo.com> | steve P<sddnm@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Lawsuit | Steve Plavin - first email.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 335 | 6/27/2017 | steve P<sddnm@yahoo.com> | steve P<sddnm@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit – follow-up – Out-of-network doctors or ER visits | Steve Plavin 6-27.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 336 | 6/14/2017 | steve P<sddnm@yahoo.com> | steve P<sddnm@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit – follow-up – Out-of-network doctors or ER visits | Steve Plavin re EON)Bs.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 337 | 6/26/2017 | steve P<sddnm@yahoo.com> | steve P<sddnm@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit – follow-up – Out-of-network doctors or ER visits | Steve Plavin re name plaintiff.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 338 | 5/29/2017 | steve P<sddnm@yahoo.com> | steve P<sddnm@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Lawsuit | Steve Plavin.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 339 | 1/30/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Catfish Hunter <123brooktrout123@gmail.com> | | GHI incident today | Steven Brooks Jan 30, 2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 340 | 1/17/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Catfish Hunter <123brooktrout123@gmail.com> | | GHI | Steven Brooks.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 341 | 7/22/2019 | stephen cantone<sdc9221@gmail.com> | stephen cantone<sdc9221@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI lawsuit | Steven Cantone.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 342 | 5/28/2017 | sf2091@aol.com<sf2091@aol.com> | sf2091@aol.com<sf2091@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Re: Possible GHI Class Action Lawsuit | Steven Farkas.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |

| # | Date | From | | To | | Subject | Attachment | Type | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| 343 | 6/4/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Susan Newman <newmansgang@aol.com> | | GHI/Emblem | Susan & Bruce Newman.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 344 | 2/2/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Susan Newman <newmansgang@aol.com> | | small update | Susan Newman Feb 2018.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 345 | 1/10/2018 | Susan Newman <newmansgang@aol.com> | Susan Newman <newmansgang@aol.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Re: GHI - Important Development | Susan Newman Jan 10.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 346 | 9/13/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | A. Suzette Sykes <thebabyq@icloud.com> | | NYPD retirees and GHI | Suzette Sykes.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 347 | 1/24/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Terry Ohayon <tcmo633@gmail.com> | | No in Network GHI Providers | Terry Ohayon.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 348 | 2/7/2018 | Terry Ohayon <tcmo633@gmail.com> | Terry Ohayon <tcmo633@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI No in Network Provider | Terry Ohayopn Feb 7 2018.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 349 | 1/26/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Thomas Reilly <treilly9126@yahoo.com> | | GHI | Thomas Reilly.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 350 | 1/25/2018 | Beatty, Tom - Thomas <tom.p.beatty@lowes.com> | Beatty, Tom - Thomas <tom.p.beatty@lowes.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI | Tom Beatty.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 351 | 6/10/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Tom McCormack <t24mack@yahoo.com> | | GHI lawsuit- next steps | Tom McCormack -2.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 352 | 6/2/2017 | Tom McCormack <t24mack@yahoo.com> | Tom McCormack <t24mack@yahoo.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Lawsuit | Tom McCormack.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 353 | 3/5/2018 | Thomas Pilkington<rumrcity@gmail.com> | Thomas Pilkington<rumrcity@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | NYS AG Link | Tom Pilkington.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 354 | 4/16/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | TONY DAIDONE <maad5@yahoo.com> | | GHI Complaint | Tony Daidone.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 355 | 3/4/2018 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | Valerie Sabato <sabato.valerie@gmail.com> | | GHI Question for you | Valerie Sabato.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 356 | 5/31/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | jtuzeo@yahoo.com | | GHI suit | Vince.pdf | Email | Reflecting legal advice | Attorney Client; Work Product |
| 357 | 1/12/2018 | Vincent A Esposito<vespo998@gmail.com> | Vincent A Esposito<vespo998@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | Info | Vincent esposito.pdf | Email | Seeking legal advice | Attorney Client; Work Product |
| 358 | 6/9/2017 | Steve Cohen <steve.cohen@stevecohenesq.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | <wbastone@aol.com> | | GHI | William Bastone.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |
| 359 | 3/6/2018 | Yvonne Mair<rubigo007@gmail.com> | Yvonne Mair<rubigo007@gmail.com> | Steve Cohen <steve.cohen@stevecohenesq.com> | | GHI Florida | Yvonne Mair.pdf | Email | Reflecting and seeking legal advice | Attorney Client; Work Product |