# Kagan Decl. Ex. 7

# FILED UNDER SEAL