# Kagan Decl. Ex. 8

# New York State Unified Court System

Skip To: Content | Navigation

### Attorney Online Services - Search

Close

| Attorney Detail Report *as of 08/15/2022* | |
|---|---|
| **Registration Number:** | 5159587 |
| **Name:** | STEVE M. COHEN |
| **Business Name:** | Pollock Cohen LLP |
| **Business Address:** | 60 Broad St FL 24<br>New York, NY 10004-2342<br>(New York County) |
| **Business Phone:** | (917) 364-4197 |
| **Email:** | Scohen@pollockcohen.com |
| **Date Admitted:** | 10/28/2013 |
| **Appellate Division Department of Admission:** | 1st |
| **Law School:** | NEW YORK LAW SCHOOL |
| **Registration Status:** | Attorney - Currently Registered |
| **Next Registration:** | Nov 2023 |

| Disciplinary History |
|---|
| *No record of public discipline* |

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.



**Attorney Services**

Close