# Kagan Decl. Ex. 15

| | |
|---|---|
| **From:** | Steve Cohen <stevecbald@gmail.com> |
| **Sent:** | Friday, August 5, 2022 1:28 PM |
| **To:** | Kagan, Jared I. |
| **Cc:** | Steve Cohen; Ferrone, Justin C.; Tim Hinton; mikecosgrove@haggertylaw.net; Monaghan, Maura Kathleen; Gleeson, John; plevan@levanstapleton.com; Steven M. Shepard; Nick Carullo; Ellen Sullivan-Vasquez; Bill Carmody; Rodney Polanco; Ryan Kirkpatrick; Halley Josephs |
| **Subject:** | Re: Cohen v. GHI |

Jared,

Sorry. No.

Steve

Sent from my iPhone

> On Aug 5, 2022, at 11:39 AM, Kagan, Jared I. <jikagan@debevoise.com> wrote:
>
> Steve,
>
> Would you agree to have the motion transferred to Judge Mariani in the Middle District of Pennsylvania pursuant to Fed. R. Civ. P. 45(f)?
>
> Jared
>
> **Jared I. Kagan** (he/him/his) | Counsel | Debevoise & Plimpton LLP | jikagan@debevoise.com | +1 212 909 6598 | 919 Third Avenue, New York, NY 10022 | www.debevoise.com
>
> ---
>
> This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
> The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.
>
> ---
>
> **From:** Kagan, Jared I.
> **Sent:** Friday, July 29, 2022 08:50
> **To:** 'Steve Cohen'
> **Cc:** Ferrone, Justin C.; Tim Hinton; mikecosgrove@haggertylaw.net; Monaghan, Maura Kathleen; Gleeson, John; plevan@levanstapleton.com; Steven M. Shepard; Nick Carullo; Ellen

1

Sullivan-Vasquez; Bill Carmody; Rodney Polanco; Ryan Kirkpatrick; Halley Josephs
**Subject:** RE: Cohen v. GHI

Steve,

On your first point, we agree that, given the motion to quash, any obligation for you to appear or produce documents in response to the subpoena is stayed until the motion is resolved.

We will be get back to you on the second point.

Jared

**Jared I. Kagan** (he/him/his) | Counsel | Debevoise & Plimpton LLP | jikagan@debevoise.com | +1 212 909 6598 | 919 Third Avenue, New York, NY 10022 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Steve Cohen [mailto:SCohen@pollockcohen.com]
**Sent:** Thursday, July 28, 2022 18:21
**To:** Kagan, Jared I.
**Cc:** Ferrone, Justin C.; Tim Hinton; mikecosgrove@haggertylaw.net; Monaghan, Maura Kathleen; Gleeson, John; plevan@levanstapleton.com; Steven M. Shepard; Nick Carullo; Ellen Sullivan-Vasquez; Bill Carmody; Rodney Polanco; Ryan Kirkpatrick; Halley Josephs
**Subject:** Re: Cohen v. GHI

Jared,

Two things:

First, I just want to ensure that we are on the same page: with the new schedule, any obligation I have to appear or produce documents is stayed pending briefing and a decision on the motion.

2

Second, I'm sure you saw that Magistrate Judge Katharine H. Parker was designated for this matter. I have no problem having her hear this. If you agree, I'll fill out the form.

Thanks.

Steve

**Steve Cohen**
m: +1 (917) 364-4197
scohen@pollockcohen.com

**Pollock | Cohen LLP**
111 Broadway, Ste. 1804;
NY, NY 10006

On Thu, Jul 28, 2022 at 12:36 PM Steve Cohen <SCohen@pollockcohen.com> wrote:

Jared,

Thanks.

August 17th for your opposition is fine.

Steve

**Steve Cohen**
m: +1 (917) 364-4197
SCohen@pollockcohen.com

**Pollock | Cohen LLP**
111 Broadway, Ste. 1804;
NY, NY 10006

On Thu, Jul 28, 2022 at 11:22 AM Kagan, Jared I. <jikagan@debevoise.com> wrote:

3

We will agree to accept service for GHI by email.

Due to August vacation schedules, will you agree that we can have until August 17 to file our opposition?

**Jared I. Kagan** (he/him/his) | Counsel | Debevoise & Plimpton LLP | jikagan@debevoise.com | +1 212 909 6598 | 919 Third Avenue, New York, NY 10022 | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Steve Cohen [mailto:SCohen@pollockcohen.com]
**Sent:** Wednesday, July 27, 2022 22:39
**To:** Kagan, Jared I.; Ferrone, Justin C.; Tim Hinton; mikecosgrove@haggertylaw.net; Monaghan, Maura Kathleen; Gleeson, John; plevan@levanstapleton.com
**Cc:** Steven M. Shepard; Nick Carullo; Ellen Sullivan-Vasquez; Bill Carmody; Rodney Polanco; Ryan Kirkpatrick; Halley Josephs
**Subject:** Cohen v. GHI

Counsel,

I filed the attached papers today. Would you accept email service?

Thank you.

**Steve Cohen**
m: +1 (917) 364-4197
SCohen@pollockcohen.com

**Pollock | Cohen LLP**
111 Broadway, Ste. 1804;
NY, NY 10006

5