# POLLOCK | COHEN LLP
111 BROADWAY, SUITE 1804
NEW YORK, NEW YORK 10006
(212) 337-5361

*CONTACT:*
Steve Cohen
SCohen@PollockCohen.com
(917) 364-4197

August 23, 2022

**BY ECF**

The Honorable Katharine H. Parker, U.S.M.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750 New York, NY 10007

**RE: Cohen v. Group Health Incorporated, Case No. 1:22-mc-00200-GHW-KHP:**

**Letter Motion for Extension of Time to Reply -- on Consent**

Dear Judge Parker:

I am the Petitioner in this case, and co-counsel in the underlying case, *Plavin v. Group Health Inc.*, No. 3:17-cv-01462-RDM (M.D. Pa.).

With consent from Respondents' counsel, I respectfully submit a first request for an extension of time to submit a reply in support of my Motion to Quash.

Pursuant to Rule I(c) of Your Honor's Individual Practices:

1. The original date to submit my Reply is August 24, 2022.
2. This is Petitioner's first request for an extension.
3. Respondents' Opposition was filed on August 17, 2022.
4. On August 18th I presided over a funeral and was hosting family until yesterday, August 22nd.

In light of the foregoing, I respectfully request that the Court extend my time to file the Reply to and including August 31, 2022.

Thank you for your consideration.

Respectfully submitted,

/s/*Steve Cohen*
Steve Cohen
Pollock Cohen LLP
111 Broadway
Suite 1804
Phone: 212.337.5361
Scohen@PollockCohen.com

cc (by ECF): All Counsel of Record

POLLOCK | COHEN LLP