# Kagan Decl. Ex. 12



Steve Cohen <steve.cohen@stevecohenesq.com>

## Fwd: GHI lawsuit – follow-up – Out-of-network doctors

**berky4@aol.com** <berky4@aol.com>   Mon, Jun 5, 2017 at 12:34 PM
To: "steve.cohen@stevecohenesq.com" <steve.cohen@stevecohenesq.com>
Cc:

I only forward you the e-mail he sent me. I'll copy him on your request
Alan

Sent from Windows Mail

**From:** steve.cohen@stevecohenesq.com
**Sent:** Monday, June 5, 2017 8:24 AM
**To:** Alan Mail

Alan,

I need to see the actual EOBs.

Thanks

steve

On Mon, Jun 5, 2017 at 8:21 AM, Alan Mail <berky4@aol.com> wrote:

> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:**
>> **Date:** June 5, 2017 at 7:56:35 AM EDT
>> **To:** Berky4@aol.com
>> **Subject: Re: Fwd: GHI lawsuit – follow-up – Out-of-network doctors**
>>
>> Maybe not a hospital but I had surgery at a Day operation center participated in Blue cross blue shield , key word participate ,also Medicare part A ,and B ,however when tissue biopsy sent to lab , Medicare paid their 80%  to quest lab but GHI (empire now) did not pay ,and months later received a small bill for under $3 . On back of quest bill are captions to dispute charge ,I filled out my Medicare and GHI info sent it back.  Month latter I went to quest lab for blood test and outstanding bill of $3 came up.I explained I was appealing as error was made and no payment was required .
>> Then I get a repeat bill ,sick of fighting I paid the $3 .
>> Then a few weeks ago believe it or not quest lad sent me refund of the $3 dollars as it was paid by GHI !
>> Granted it was only $3 dollars but years ago I got billed by a Anesthetist non GHI during operation. Before operation I requested only participating Doctors ,and Had the non participating Doctor added on my GHI by LBA which I thought covered this crap.

Confidential - Attorneys' Eyes Only                                                              PLAVIN_000005424

Needless to say I had to call My Doctor that settled matter with a small co-pay as GHI sent denied coverage with lawyer type explanation as the LBA rider had requirements.

Sent from my iPad

Confidential - Attorneys' Eyes Only                                                                                                                  PLAVIN_000005425