# Kagan Decl. Ex. 13

 NEW YORK STATE
DEPARTMENT *of*
FINANCIAL SERVICES

Andrew Cuomo
Governor

Maria T. Vullo
Superintendent

Candido Rodriguez
411 Nw 20th Ave
Cape Coral, Florida 33993

July 13, 2018

**RE:**   Dept. File #:  CSB-2018-1247432
Your Complaint Against:  Group Health Inc (GHI)

Dear Mr. Rodriguez:

This letter refers to the complaint you filed with this Department.

Enclosed are copies of correspondence received from the company in response to our inquiries.

The carrier is not required to comply with the network adequacy standards outside of New York.

It appears that the company has conducted itself in accordance with the terms of their policy.  We have found no evidence that they have violated New York State Insurance Laws or Regulations.

We regret that we cannot be of assistance to you.

Sincerely,

Pengbo Guo
Examiner, Consumer Assistance Unit
212-480-6428
212-480-6282 (Fax)

Enclosure

CONFIDENTIAL

PLAVIN_000005433