# Petrozziello, Matthew J.

| | |
|---|---|
| **From:** | Steve Cohen <scohen@pollockcohen.com> |
| **Sent:** | Monday, September 26, 2022 1:08 PM |
| **To:** | Petrozziello, Matthew J. |
| **Subject:** | Offline RE: GHI Subpoena - Motion to Quash |

It is Rosh Hashana and 'm offline until Tuesday night. I will get back to you on Wednesday.

Happy New Year.


--



**Steve Cohen**
m: +1 (917) 364-4197
scohen@pollockcohen.com

**Pollock | Cohen LLP**
111 Broadway, Ste. 1804; NY, NY 10006